SO ORDERED.

Dated: September 25, 2015

Eddward P. Ballinger Jr., Bankruptcy Judge
_____

UST-32A, 3/03

JILL H. FORD
Chapter 7 Panel Trustee
P.O. Box 5845
CAREFREE, AZ 85377

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| BRANDT, SUMMER | ) | Case No. 14-07294-PHX EPB |
| | ) | |
| | ) | ORDER FOR PAYMENT OF |
| | ) | UNCLAIMED FUNDS TO THE |
| Debtor(s). | ) | U.S. BANKRUPTCY COURT |
| | ) | |

Upon application of the Trustee and good cause appearing,

IT IS ORDERED that the Trustee pay over the amount of $343.31 to the Clerk of the Court pursuant to Bankruptcy Rule 3010, and §347 of the Code.

_____        _____
Date                                                                          EDDWARD P. BALLINGER, JR.
                                                                                   UNITED STATES BANKRUPTCY JUDGE